# EXHIBIT 1



# Portfolio Recovery Associates

## Our Business

**About PRA**
**Our Business**
  Core Asset Acquisitions
  Bankruptcy Services
  Government Services
  Location Services
  CCB
  PRA UK
**Management**
**Locations**
**PRA Timeline**
**Social Responsibility**

PRA companies offer a broad range of debt purchase and business service solutions to a diversified base of financial institutions and government clients.

PRA's debt purchasing subsidiaries are among the leading debt buyers in the U.S. They purchase consumer and small business accounts that have been charged off from the books of major banks, retailers, credit unions, consumer and auto finance companies, telecommunications, utility providers, student loan lenders, and other businesses. They also purchase accounts that have established repayment commitments through bankruptcy court proceedings.

Our lines of business include:

**Core Asset Acquisitions**: Purchase of defaulted, consumer and small business accounts from the largest lenders in the U.S. To understand how Portfolio Recovery Associates, LLC helps consumers manage debt, visit the Customers section.

**Bankruptcy Services**: Purchase and servicing of bankrupt consumer debt.

**Government Services**: Fee and tax revenue administration, audit and revenue discovery/recovery services for local governments provided by our **MuniServices** and **RDS** companies.

**Location Services**: Vehicle location, skip-tracing and collateral recovery for auto lenders, insurance companies, law enforcement, and other clients.

**Claims Compensation Bureau**: Class action claims filing on behalf of institutional investors and non-securities clients.

**Portfolio Recovery Associates UK**: Contingent collection and purchase of defaulted consumer debt in the United Kingdom.

**Portfolio Recovery Associates, Inc.,** 120 Corporate Boulevard, Norfolk, Virginia 23502, USA. (757) 519-9300.
Copyright © 2014 Portfolio Recovery Associates, Inc. All rights reserved.

Please note: The SCC website will be unavailable Thursday, June 12, from 6 p.m. until 10 p.m. for system maintenance. We apologize for the inconvenience and apprec your patience.

Home | Site Map | About SCC | Contact SCC | Privacy Policy



SCC eFile > Entity Search > Entity Details

Login | Create an Account



SCC eFile
FAST. SIMPLE. SECURE.

SCC eFile
Business Entity Details

Help

SCC eFile
- SCC eFile Home Page
- Check Name
- Distinguishability
- Business Entity Search
- Certificate Verification
- FAQs
- Contact Us
- Give Us Feedback

Business Entities

UCC or Tax Liens

Court Services

Additional Services

**PORTFOLIO RECOVERY ASSOCIATES, L.L.C.**

### General

SCC ID: T0136947
Entity Type: Foreign Limited Liability Company
Jurisdiction of Formation: DE
Date of Formation/Registration: 4/1/1996
Status: Active

### Principal Office

120 CORPORATE BLVD
NORFOLK VA 23502

### Registered Agent/Registered Office

CORPORATION SERVICE COMPANY
BANK OF AMERICA CENTER, 16TH FLOOR
1111 EAST MAIN STREET
RICHMOND VA 23219
RICHMOND CITY      216
Status: Active
Effective Date: 5/29/2013

### Select an action

File a registered agent change
File a registered office address change
Resign as registered agent
File a principal office address change
Pay annual registration fee
Order a certificate of fact of registration in Virginia
Submit a PDF for processing (What can I submit?)
View eFile transaction history
Manage email notifications

[New Search] [Home]

Screen ID: e1000

# EXHIBIT 2



PRA001-0408-463472084-03289-3289

**REBECCA A BOONE,**

Welcome to Portfolio Recovery Associates, LLC ("PRA, LLC")! We want to help you resolve this account, so call us at 1-800-772-1413 for low payment options. If paying off this debt is difficult for you please call anyway, because we have payment options for almost every budget.

PRA, LLC purchased account 5121072029910264 on 03/28/2014. All future payments and correspondence for this account, including credit counseling service payments, should be directed to us.

Statement Date: April 8, 2014
Seller: CITIBANK N.A.
Merchant: SEARS
Original Creditor: CITIBANK N.A.
Creditor to Whom Debt is Owed: Portfolio Recovery Associates, LLC.
Account Number: ▇▇▇▇▇▇▇▇0264

*CALL TOLL FREE AT 1-800-772-1413*
to discuss payment arrangements!

Mail all checks and payments to:
Portfolio Recovery Associates, LLC
P.O. Box 12914
Norfolk, VA 23541-1223

Pay us online at: www.portfoliorecovery.com

Hours Of Operation (EST)
8 AM to 11 PM Mon.-Fri.
8 AM to 6 PM Sat.
2 PM to 9 PM Sun.

Email: help@portfoliorecovery.com

| ACCOUNT DETAILS | |
|---|---|
| CURRENT BALANCE | $4,795.72 |

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor if different from the current creditor.



Portfolio Recovery Associates, LLC

**COMPANY ADDRESS:** Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502
**DISPUTES CORRESPONDENCE ADDRESS:** Portfolio Recovery Associates, LLC Disputes Department, 140 Corporate Boulevard, Norfolk, VA 23502
**DISPUTES DEPARTMENT E-MAIL ADDRESS:** PRA_Disputes@portfoliorecovery.com
**DEBIT CARD TRANSACTION FEES:** Third party vendors may charge a transaction fee for processing payments made by debit card; however, Portfolio Recovery Associates, LLC does not charge or accept any fees. Please discuss this option with our staff if you have any questions.
**QUALITY SERVICE SPECIALISTS AVAILABLE Mon. - Fri. 8 AM to 5 PM (EST)**
Not happy with the way you were treated? Our company strives to provide professional and courteous service to all our customers. Contact one of our staff to discuss issues related to our quality of service to you by phone at (888) 925-7109 or by e-mail at qualityservice@portfoliorecovery.com.
**PRIVACY NOTICE:** We collect certain personal information about you from the following sources: (a) information we received from you; (b) information about your transactions with our affiliates, others, or us; (c) information we receive from consumer reporting agencies. We do not disclose any nonpublic personal information about our customers or former customers to anyone, except as permitted by law. We restrict access to nonpublic information about you to those employees and entities that need to know that information in order to collect your account. We maintain physical, electronic and procedural safeguards that comply with federal regulations to guard your nonpublic personal information.

**This letter is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.**

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

001



REBECCA A BOONE
8621 WILLIS RD
YPSILANTI MI 48197-8714

BJHGIP1     48197

NOTICE: If this account is eligible to be reported to the credit reporting agencies by our company, we are required by law to notify you that a negative credit report reflecting on your credit records may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligation.